Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
5/7/25
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN RAFAEL DIAZ-AMEZCUA,<br><br>Defendant. | Case No.: 2:25-CR-72-RLP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 111(a)(1), (b)<br>Assault on a Federal Officer |

The Grand Jury charges:

On or about April 29, 2025, in the Eastern District of Washington, the Defendant, MARTIN RAFAEL DIAZ-AMEZCUA, did forcibly assault, resist, oppose, impede, intimidate, and interfere with W.S., while W.S. was employed as a Border Patrol Agent with United States Customs and Border Protection, and while W.S. was engaged in and on account of the performance of W.S.'s official

//

INDICTMENT – 1

duties, and in doing so inflicted bodily injury upon W.S., all in violation of 18 U.S.C. § 111(a)(1), (b).

DATED this 7 day of May 2025.

A TRUE BILL

*Ric Barker*
Richard R. Barker
Acting United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2