

Carter Powers-Beggs
*Trial Attorney*
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Martin Diaz-Amezcua

United States District Court
Eastern District of Washington

| | |
|---|---|
| United States, | No. 2:25-cr-0072-RLP |
| Plaintiff, | Notice of Non-Scannable Exhibits |
| v. | |
| Martin Diaz-Amezcua, | |
| Defendant. | |

Notice
– 1 –

Martin Diaz-Amezcua, through counsel, Carter Powers Beggs for the Federal Defenders of Eastern Washington and Idaho, gives notice of the filing of a non-scannable exhibits with the court, to-wit: USB Videos Exhibit 1, Exhibit 2 for the courts consideration in his motion to reopen detention.

Dated: June 9, 2025.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Martin Diaz-Amezcua

s/Carter Powers Beggs
Carter Powers Beggs, WA No. 60065
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
carter_powersbeggs@fd.org

### Service Certificate

I certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify the following Assistant United States Attorneys: Michael James Austen Ellis.

s/Carter Powers Beggs
Carter Powers Beggs, WA No. 60065
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
carter_powersbeggs@fd.org