S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN RAFAEL DIAZ-AMEZCUA,<br><br>Defendant. | Case No. 2:25-CR-00072-RLP<br><br>GOVERNMENT'S EXHIBIT LIST |

Plaintiff, United States of America, by and through S. Peter Serrano, United States Attorney for the Eastern District of Washington, and Michael J. Ellis, Assistant United States Attorney, respectfully submits the following exhibit list for trial scheduled to commence November 3, 2025.

At this time, the Government may introduce or refer to the exhibits listed below:[1]

---

[1] The Government reserves the ability to mark and introduce additional exhibits as necessary during the Government's case-in-chief, the Defendant's case (if any) and the Government's rebuttal case (if any). The Government may also mark various reports authored by witnesses if required to refresh that witness's recollection during the trial.

GOVERNMENT'S EXHIBIT LIST - 1

| Ex. # | Admitted | Description |
|---|---|---|
| 1 | | Front Door Video (video – Bates 00000073) |
| 1A | | Front Door Video Still – Vehicles |
| 1B | | Front Door Video Still – W.S. and Defendant |
| 1C | | Front Door Video Still – C.W. and J.Z. |
| 2 | | Back Door Video (00:00 – 00:18) (video – Bates 00000072) |
| 2A | | Back Door Video Still – W.S. and Defendant |
| 2B | | Back Door Video Still – D.Y. |
| 3 | | Cell Phone Video (01:03 – 01:04) (video without audio – Bates 00000071) |
| 4 | | Vehicle Video (00:00 – 00:20) (video without audio – Bates 00002992) |
| 5 | | W.S. Eye (photo – Bates 00000038) |
| 6 | | W.S. Eye (photo – Bates 00000039) |

Dated:   October 27, 2025.

        S. Peter Serrano
        United States Attorney

        *s/Michael J. Ellis*
        Michael J. Ellis
        Assistant United States Attorney

GOVERNMENT'S EXHIBIT LIST - 2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Carter L. Powers Beggs; J. Stephen Roberts, Jr.

                                    *s/ Michael J. Ellis*
                                    Michael J. Ellis
                                    Assistant United States Attorney

GOVERNMENT'S EXHIBIT LIST - 3