Carter Powers Beggs
*Trial Attorney*
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Martin Diaz-Amezcua

United States District Court

Eastern District of Washington

Honorable Rebecca L. Pennell

| | |
|---|---|
| United States, | No. 2:25-cr-00072-RLP-1 |
| Plaintiff, | Witness and Exhibit List |
| v. | |
| Martin Rafael Diaz-Amezcua, | |
| Defendant. | |

## I.  WITNESS LIST

Martin Diaz-Amezcua submits the following witness list for trial:

| # | Witness |
|---|---------|
| 1 | Merriam Young – Santa Cruz, CA |
| 2 | Douglas Young – Spokane, WA |

Mr. Diaz-Amezcua reserves the right to call any witnesses identified on the government's witness list. He also reserves the right to amend this list in the interest of justice. Finally, Mr. Diaz-Amezcua intends to make a final decision about whether he will testify at the close of the Government's case in chief.

## II.  EXHIBIT LIST

Mr. Diaz-Amezcua does not intend to introduce any defense exhibits but reserves the right to introduce any of the Government's exhibits. Additionally, he reserves the right to amend this list in the interest of justice.

Dated: October 27, 2025.

Federal Defenders of E. Washington & Idaho
Attorney for Martin Diaz-Amezcua
s/Carter Powers Beggs
Carter Powers Beggs, WSBA No. 60065
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606

Witness and Exhibit List
– 1 –

carter_powersbeggs@fd.org

**Service Certificate**

I certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Michael J. Ellis.

<u>s/Carter Powers Beggs</u>
Carter Powers Beggs, WSBA No. 60065
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
carter_powersbeggs@fd.org