

Carter Powers-Beggs
*Trial Attorney*
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Martin Diaz-Amezcua

United States District Court
Eastern District of Washington

| | |
|---|---|
| United States, | No. 2:25-cr-0072-RLP |
| Plaintiff, | Notice of Non-Scannable |
| v. | |
| Martin Diaz-Amezcua, | |
| Defendant. | |

Notice
– 1 –

Martin Diaz-Amezcua, through counsel, Carter Powers Beggs for the Federal Defenders of Eastern Washington and Idaho, gives notice of the filing of a non-scannable with the court, to-wit: USB Video illustrative for closing argument.

Dated: November 4, 2025.

>  Federal Defenders of Eastern Washington & Idaho
>  Attorneys for Martin Diaz-Amezcua
>
>  s/Carter Powers Beggs
>  Carter Powers Beggs, WA No. 60065
>  601 W. Riverside Ave., Suite 900
>  Spokane, Washington 99201
>  t: (509) 624-7606
>  carter_powersbeggs@fd.org

**Service Certificate**

I certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify the following Assistant United States Attorneys: Michael James Austen Ellis.

>  s/Carter Powers Beggs
>  Carter Powers Beggs, WA No. 60065
>  601 W. Riverside Ave., Suite 900
>  Spokane, Washington 99201
>  t: (509) 624-7606
>  carter_powersbeggs@fd.org