United States District Court
District Court
Exhibits Log: 2:25-CR-0072-RLP
USA v. Martin Rafael Diaz-Amezcua, 11/3/2025

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 04 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-01 | Video-Front Door Video | No |
| Gov-01-A | Front Door Video Still | No |
| Gov-01-B | Front Door Video Still – W.S. and Defendant | No |
| Gov-01-C | Front Door Video Still – C.W. and J.Z | No |
| Gov-02 | Video-Back Door Video | No |
| Gov-02-A | Back Door Video Still – W.S. and Defendant | No |
| Gov-02-B | Back Door Video Still – D.Y | No |
| Gov-03 | Video-Cell Phone Video No Audio | No |
| Gov-04 | Video-Vehicle Video | No |
| Gov-05 | Photo-W.S. Eye | No |
| Gov-06 | Photo-W.S. Eye | No |

