UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN RAFAEL DIAZ-AMEZCUA,

    Defendant.

2:25-CR-72-RLP

Verdict

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 04 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

WE THE JURY in the above-captioned case, find the defendant, MARTIN RAFAEL DIAZ-AMEZCUA __Not Guilty__ of the offense of assault on a federal officer.
                              Guilty/Not Guilty

Please sign and date the verdict form.

DATE: 11/4/2025    ███████████████

                PRESIDING JUROR