FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:25-CR-72-RLP |
|---|---|
| Plaintiff, | ORDER DIRECTING U.S. MARSHALS TO RELEASE DEFENDANT |
| v. | |
| MARTIN RAFAEL DIAZ-AMEZCUA, | |
| Defendant. | |

A trial began in the above-captioned matter on November 3, 2025. On November 4, 2025, the jury returned a not-guilty verdict to the charged offense of Assault on a Federal Officer. Accordingly, IT IS HEREBY ORDERED: The U.S. Marshals Service shall release Defendant Martin Rafael Diaz-Amezcua from custody.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, U.S Probation Office, and the U.S. Marshals.

**DATED** November 4, 2025.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER DIRECTING U.S. MARSHALS TO RELEASE DEFENDANT ~ 1