AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 07, 2025**

EASTERN DISTRICT OF WASHINGTON    SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA

V.

MARTIN RAFAEL DIAZ-AMEZCUA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:25-CR-0072-RLP-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_

Signature of Judge

| Rebecca L. Pennell | US District Judge |
|---|---|
| Name of Judge | Title of Judge |

11/7/2025

Date